IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL J. SCOTT, | | |
| Plaintiff, | | No. 11-CV-4055-DEO |
| vs. | | ORDER ACCEPTING REPORT |
| MARY BENSON, ARNP, et al., | | AND RECOMMENDATION |
| Defendants. | | (Docket No. 33) |

_____

## I.   INTRODUCTION AND BACKGROUND

The plaintiff filed a motion for preliminary injunction
(Docket No. 20), and a hearing was held before Chief
Magistrate Judge Paul A. Zoss.  Following the hearing on March
19, 2012, Judge Zoss issued a Report and Recommendation
("R&R") (Docket No. 33) that allowed for parties' objections
to be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed.
R. Civ. P. 72(b), within fourteen days of the service of the
R&R.  No objections are before this Court.

The background as set out in the R&R will not be repeated
here, but the same is referenced as if fully set out herein.

The Report and Recommendation (Docket No. 33), provides
the legal standard for determining whether a preliminary
injunction is appropriate and sets out each of the pertinent
factors in turn: (1) likelihood of success on the merits; (2)

irreparable harm to the plaintiff; (3) balance of equities;
and (4) public interest.[1]

After a thorough analysis, the R&R concludes that the
Dataphase/Winter factors outlined in the R&R weigh against
issuing a preliminary injunction; and it is recommended the
plaintiff's motion for preliminary injunction be denied.

## II.   ANALYSIS

### A.   Standard of Review

Pursuant to statue, this Court's standard of review for
a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo
> determination of those portions of the
> report or specified proposed findings or
> recommendations to which objection is made.
> A judge of the court may accept, reject, or
> modify, in whole or in part, the findings
> or recommendations made by the magistrate
> [judge].

28 U.S.C. § 636(b)(1).   Similarly, Federal Rule of Civil
Procedure 72(b) provides for review of a magistrate judge's

---

[1]The R&R referenced *Dataphase/Winter* factors:  <u>Winter v.
Natural Res. Def. Council, Inc.</u>, 555 U.S. 7, 24 (2008)(citing
<u>Munaf v. Geren</u>, 553 U.S. 674, 689-90 (2008)), and <u>Dataphase
Sys., Inc., v. C L Sys., Inc.</u>, 640 F.2d 109, 114 (8th Cir.
1981).

Report and Recommendation on dispositive motions and prisoner

petitions, where objections are made as follows:

> The district judge to whom the case is
> assigned shall make a de novo determination
> upon the record, or after additional
> evidence, of any portion of the magistrate
> judge's disposition to which specific
> written objection has been made in
> accordance with this rule. The district
> judge may accept, reject, or modify the
> recommendation decision, receive further
> evidence, or recommit the matter to the
> magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, no objections to the Report and

Recommendation have been filed; and it appears to the Court

upon review of Chief Magistrate Judge Zoss's findings and

conclusions that there are no grounds to reject or modify

them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts

Chief Magistrate Judge Zoss's Report and Recommendation

(Docket No. 33). The plaintiff's motion for preliminary

injunction (Docket No. 20) is hereby **denied**.

**IT IS SO ORDERED** this 30th day of April, 2012.

Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa